# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                              **3:12cr40/LAC**

**APRIL MCKINNEY,**
        **Defendant.**

_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the defendant, APRIL MCKINNEY, the indictment returned against her is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED this 1st day of August, 2012.**

                                           s/*L.A. Collier*
                                           **LACEY A. COLLIER**
                                           **SENIOR UNITED STATES DISTRICT JUDGE**